AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 24-2044-DDC-TJJ

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    Zachariah Hudlin

was received by me on *(date)*    02/16/2024  .

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*    Jennifer M. Hill    , who is

designated by law to accept service of process on behalf of *(name of organization)*    Zachariah Hudlin

on *(date)*    02/16/2024    ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00  .

I declare under penalty of perjury that this information is true.

Date:   02/16/2024

       /s/Randall K. Rathbun #09765
       *Server's signature*

       Randall K. Rathbun, Plaintiff's Attorney
       *Printed name and title*

       Depew Gillen Rathbun & McInteer LC
       8301 E. 21st Street N., Suite 450
       Wichita, KS 67206-2936
       (316) 262-4000; Randy@depewgillen.com
       *Server's address*

Additional information regarding attempted service, etc: