
AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 24-2044-DDC-TJJ

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* The Board of County Commission of Marion County, KS
was received by me on *(date)* 02/16/2024 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Jeffrey M. Kuhlman, who is designated by law to accept service of process on behalf of *(name of organization)* The Board of County Commission of Marion County, KS on *(date)* 02/16/2024 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 02/16/2024

/s/Randall K. Rathbun #09765
*Server's signature*

Randall K. Rathbun, Plaintiff's Attorney
*Printed name and title*

Depew Gillen Rathbun & McInteer LC
8301 E. 21st Street N., Suite 450
Wichita, KS 67206-2936
(316) 262-4000; Randy@depewgillen.com
*Server's address*

Additional information regarding attempted service, etc: