### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| PHYLLIS J. ZORN, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>CITY OF MARION, KS; DAVID MAYFIELD, )<br>individually and in his official capacity; GIDEON )<br>CODY, individually and in his official capacity; )<br>ZACHARIAH "ZACH" HUDLIN, in his official )<br>capacity; THE BOARD OF COUNTY )<br>COMMISSION OF MARION COUNTY, KS; )<br>SHERIFF JEFF SOYEZ, individually and in his )<br>official capacity; AARON CHRISTNER, in his )<br>individual capacity. )<br>Defendants. )<br>) | Case No. 24-CV-02044-DDC-TJJ |

### **ENTRY OF APPEARANCE**

COMES NOW Edward L. Keeley of McDonald Tinker PA, and hereby enters his appearance as counsel for the Defendants, City of Marion, KS, David Mayfield, Gideon Cody, and Zachariah "Zach" Hudlin, in the above-captioned action.

Respectfully submitted,

s/ Edward L. Keeley
Edward L. Keeley, #09771
ekeeley@mcdonaldtinker.com
MCDONALD TINKER PA
300 W. Douglas, Ste. 500
Wichita, KS 67202
Phone: (316) 263-5851
Fax:    (316) 263-4677
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of February 2024, I filed the foregoing **Entry of Appearance** with the Clerk of the Court by using the CM/ECF system, which will send notice of electronic filing to the following:

Randall K. Rathbun
DEPEW GILLEN RATHBUN & MCINTEER LC
8301 E. 21ST Street N., Suite 450
Wichita, KS 67206-2936
*Attorney for Plaintiff*

s/ Edward L. Keeley
Edward L. Keeley
