## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| PHYLLIS J. ZORN )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>CITY OF MARION, KS; DAVID MAYFIELD, )<br>individually and in his official capacity; GIDEON )<br>CODY, individually and in his official capacity; )<br>ZACHARIAH "ZACH" HUDLIN, in his official )<br>capacity; THE BOARD OF COUNTY )<br>COMMISSION OF MARION COUNTY, KS; )<br>SHERIFF JEFF SOYEZ, individually and in his )<br>official capacity; AARON CHRISTNER, in his )<br>individual capacity. )<br>Defendants. )<br>) | Case No. 24-CV-02044-DDC-TJJ |

### CLERK'S ORDER FOR EXTENSION OF TIME

Pursuant to Local Rule 77.2, Defendants City of Marion, Kansas, David Mayfield, Gideon Cody, and Zachariah "Zach" Hudlin should be and hereby granted fourteen (14) days in which to answer or otherwise plead to the Complaint [Doc. 1] filed herein. This is the first request for an extension. Defendants answer or other responsive pleading is originally due March 08, 2024. Therefore, the request is timely as the time originally prescribed has not expired. Defendants answer or other responsive pleading is now due on or before March 22, 2024.

Clerk of the US District Court for the
District of Kansas

By  s/ J. Kendall
       Deputy Clerk

Prepared by:

/s/ Jennifer M. Hill
Jennifer M. Hill, #21213
Edward L. Keeley, #09771
MCDONALD TINKER PA
300 W. Douglas, Suite 500
Wichita, KS 67202
T: (316) 263-5851   F: (316) 263-4677
jhill@mcdonaldtinker.com
ekeeley@mcdonaldtinker.com
*Attorneys for Defendants City of Marion, KS, David Mayfield, Gideon Cody, and Zachariah "Zach" Hudlin*

2