IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| PHYLLIS J. ZORN,<br>            Plaintiff,<br><br>v.<br><br>CITY OF MARION, KS; DAVID MAYFIELD, individually and in his official capacity; GIDEON CODY, individually and in his official capacity; ZACHARIAH "ZACH" HUDLIN, in his individual capacity; THE BOARD OF COUNTY COMMISSION OF MARION COUNTY, KS; SHERIFF JEFF SOYEZ, individually and in his official capacity; AARON CHRISTNER, in his individual capacity,<br>            Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case #: 2:24-cv-02044<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ENTRY OF APPEARANCE**

COMES NOW Jeffrey M. Kuhlman of the law firm of Watkins Calcara, Chtd. and enters his appearance herein as counsel for the The Board of County Commissioners for Marion County, Jeff Soyez and Aaron Christner in the above-captioned matter.

                                        WATKINS CALCARA, CHTD.

                                        s/     JEFFREY M. KUHLMAN
                                               Jeffrey M. Kuhlman, #26825
                                               1321 Main Street - Suite 300
                                               P.O. Drawer 1110
                                               Great Bend, Kansas 67530
                                               (620) 792-8231  Fax (620) 792-2775
                                               jkuhlman@wcrf.com
                                               Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of February, 2024, I electronically filed the above and foregoing Entry of Appearance by using the CM/ECF system which will send a notice of electronic filing to registered counsel, including the following:

Randall K. Rathbun
DEPEW GILLEN RATHBUN & MCINTEER, LC
8301 E, 21st Street North, Suite 450
Wichita, KS 67206-2936
Attorneys for Plaintiff

Edward Keeley
Jennifer Hill
MCDONALD TINKER, PA
300 W. Douglas, Suite 500
PO Box 207
Wichita, KS 67202

                                                 s/      JEFFREY M. KUHLMAN
                                                         Jeffrey M. Kuhlman, #26825