IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| PHYLLIS J. ZORN,<br>       Plaintiff,<br><br>v.<br><br>CITY OF MARION, KS; DAVID MAYFIELD, individually and in his official capacity; GIDEON CODY, individually and in his official capacity; ZACHARIAH "ZACH" HUDLIN, in his individual capacity; THE BOARD OF COUNTY COMMISSION OF MARION COUNTY, KS; SHERIFF JEFF SOYEZ, individually and in his official capacity; AARON CHRISTNER, in his individual capacity,<br>       Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Case #: 2:24-cv-02044 |

## CLERK'S ORDER

Upon application of the Board of Marion County Commissioners, Jeff Soyez and Aaron Christner, stating the answer to plaintiff's Complaint is initially due on or before March 6, 2024, which time has not already expired, the date for defendants to answer plaintiff's Complaint is hereby extended fourteen (14) days pursuant to D.Kan. 77.2(a)(2) until March 20, 2024.

                 s/ N. Coop, Deputy Clerk    2/28/2024
                 Clerk of the United States District Court

SUBMITTED BY:

WATKINS CALCARA, CHTD.
1321 Main Street - Suite 300
P.O. Drawer 1110
Great Bend, Kansas 67530
(620) 792-8231  Fax (620) 792-2775
jkuhlman@wcrf.com
Attorneys for Marion County, Jeff Soyez and Aaron Christner

s/      JEFFREY M. KUHLMAN
        Jeffrey M. Kuhlman, 26825