IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| PHYLLIS J. ZORN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 24-CV-02044-DDC-TJJ |
| ) | |
| CITY OF MARION, KS; DAVID MAYFIELD, ) | |
| individually and in his official capacity; GIDEON ) | |
| CODY, individually and in his official capacity; ) | |
| ZACHARIAH "ZACH" HUDLIN, in his official ) | |
| capacity; THE BOARD OF COUNTY ) | |
| COMMISSION OF MARION COUNTY, KS; ) | |
| SHERIFF JEFF SOYEZ, individually and in his ) | |
| official capacity; AARON CHRISTNER, in his ) | |
| individual capacity. ) | |
| Defendants. ) | |
| ) | |

**UNOPPOSED MOTION FOR EXTENSION OF PAGES**

COMES NOW Jennifer M. Hill and Edward L. Keeley of McDonald Tinker PA, and hereby moves the Court for an Order extending page limitations pursuant to D. Kan. Local Rule 7.1(d)(4). In support of this Motion, counsel for Defendants would state as follows:

1. Plaintiff Zorn filed her Complaint against seven separate defendants on February 6, 2024. Plaintiff's Complaint is thirty-one (31) pages in length with 126 separately numbered paragraphs.

2. On February 27, 2024, the undersigned entered her appearance along with counsel Ed Keeley for four defendants, specifically, the City of Marion, KS, David Mayfield, Gideon Cody, and Zachariah "Zach" Hudlin.

3. These four Defendants intend to file Motions to Dismiss pursuant to Rule 12 practice.

4. In order to maximize efficiency and eliminate repetitive arguments and statements, these four Defendants plan to only file two Motions to Dismiss—one for Defendants City of Marion, David Mayfield and Zachariah "Zach" Hudlin and one Motion for Defendant Gideon Cody.

5. Pursuant to Local Rule 7.1(d)(3), Defendants' principal brief on their Motions cannot exceed 15 pages.

6. Defendants City of Marion, David Mayfield and Zachariah "Zach" Hudlin request an additional five pages to outline their arguments to this Court on their Rule 12 motion.

7. Defendant Gideon Cody requests an additional ten pages to outline his arguments to this Court on their Rule 12 motion. Defendant Cody's motion will necessarily incorporate issues and arguments on qualified immunity, as well as incorporate many of the thirty-one pages of facts and allegations which must be considered for a coherent argument on his defenses.

8. Defendants' counsel has conferred with Plaintiff's counsel who has no objection to this request for page extension. Defendants would agree to additional page limitation extensions if needed for Plaintiff's response.

9. Defendants' proposed briefing page limitations would result in two separate Defendants' Motion to Dismiss in forty-five (45) pages total as opposed to the possibility of four separate fifteen page briefs totaling sixty pages.

10. Defendants seek this extension of the page limitation to ensure adequate briefing and to efficiently argue the merits of their Motions.

11. The requested page extension is not for any inappropriate purpose other than to appropriately outline and argue the legal theories for the Court's analysis and resolution.

Respectfully submitted,

s/ Jennifer M. Hill
Jennifer M. Hill, #21213
Edward L. Keeley, #09771
jhill@mcdonaldtinker.com
ekeeley@mcdonaldtinker.com
MCDONALD TINKER PA
300 W. Douglas, Ste. 500
Wichita, KS 67202
Phone: (316) 263-5851
Fax:    (316) 263-4677
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of March 2024, I filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send notice of electronic filing to the following:

Randall K. Rathbun
DEPEW GILLEN RATHBUN & MCINTEER LC
8301 E. 21ST Street N., Suite 450
Wichita, KS 67206-2936
*Attorney for Plaintiff*

s/ Jennifer M. Hill
Jennifer M. Hill

3