### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| PHYLLIS J. ZORN, | ) |
| Plaintiff, | ) |
| vs. | ) Civil Action No. 2:24-cv-2044-DDC-TJJ |
| CITY OF MARION, KS; DAVID MAYFIELD, individually and in his official capacity; GIDEON CODY, individually and in his official capacity; ZACHARIAH "ZACH" HUDLIN, in his individual capacity; THE BOARD OF COUNTY COMMISSION OF MARION COUNTY, KS; SHERIFF JEFF SOYEZ, individually and in his official capacity; AARON CHRISTNER, in his individual capacity. | ) |
| Defendants. | ) |

### UNOPPOSED MOTION FOR EXTENSION OF ONE BUSINESS DAY FOR DEFENDANTS DAVID MAYFIELD, ZACHARIAH "ZACH" HUDLIN AND CITY OF MARION, KS TO FILE THEIR ANSWER OR OTHERWISE RESPOND

COMES NOW Defendants David Mayfield (Mayfield), Zachariah "Zach" Hudlin (Hudlin), and the City of Marion, Kansas (the City), by and through their counsel, Jennifer M. Hill and Edward L Keeley of McDonald Tinker PA, and respectfully move the Court for an order granting Defendants an extension of one business day, or until and including March 25, 2024, in which to file their Answer or otherwise respond to Plaintiff's Complaint. (See Doc 1) Plaintiff's Complaint consists of 30 pages and 126 paragraphs of allegations against these and other Defendants. In support of this motion these Defendants state as follows:

1. After a Clerk's Order for Extension of Time (Doc. 13) was granted the deadline to file an Answer or otherwise plead is March 22, 2024. There have been no other extensions requested.

2. Defendants request an extension of one business day to file their Answer or other

response to Plaintiff's Complaint and including to March 25, 2024. Plaintiff's counsel does not object.

3. The reason for this requested extension is that counsel for Defendants has been required to work on other urgent legal matters, including an all-day confidential arbitration in a labor and employment matter on March 20, 2024; multiple expert witness depositions in *Compton Construction v. City of Haven, KS et al*, Reno County District Court, Case No. RN 2020-CV-000054; and extensive discovery work including subpoenas to third party witnesses in *Hartford Fire Insurance Company v. The Law Company, Inc., et al*, Pottawatomie County District Court, Case No. PT-2023-CV-000065. Counsel is also working on a Motion to Dismiss to be filed for Defendant Gideon Cody in the case at bar which will be filed on Friday, March 22, 2024.

4. This request for extension is made in good faith and not for purpose of delay.

WHEREFORE, by reason of the above and foregoing, Defendants David Mayfield (Mayfield), Zachariah "Zach" Hudlin (Hudlin), and the City of Marion, Kansas (the City), respectfully request a one business day extension of time, or until and including March 25, 2024 for these Defendants to file an Answer or otherwise respond to Plaintiff's Complaint in this case.

Submitted by:

s/ Jennifer M. Hill
Jennifer M. Hill, #21213
Edward L. Keeley, #09771
McDONALD TINKER PA
300 West Douglas, Suite 500
Wichita, KS 67202
T: (316) 263-5851
F: (316) 263-4677
E: jhill@mcdonaldtinker.com
   ekeeley@mcdonaldtinker.com
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of March 2024, I presented the foregoing **Unopposed Motion for Extension of One Business Day for Defendants to Respond** to the Clerk of the Court for filing and uploading to the CM/ECF system which will send a notice of electronic filing to the following:

Randall K. Rathbun
Depew Gillen Rathbun & McInteer, LC
8301 East 21st Street North, Suite 450
Wichita, KS 67206
*Attorneys for Plaintiff*

                                                                         s/ Jennifer M. Hill
                                                                         Jennifer M. Hill, #21213
                                                                         Edward L. Keeley, #09771