## THE UNITED STATE DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| PHYLLIS J. ZORN<br><br>Plaintiff,<br><br>v.<br><br>CITY OF MARION, et al.,<br><br>Defendants. | Case No. 2:24-CV-02044-DDC-TJJ |

### DEFENDANTS JEFF SOYEZ, AARON CHRISTNER, AND THE BOARD OF COUNTY COMMISSIONERS OF MARION COUNTY, KANSAS' MOTION TO DISMISS

COME NOW, the Defendants Jeff Soyez, Aaron Christner, and the Board of County Commissioners of Marion County, Kansas, by and through Jeffrey M. Kuhlman of the law firm of Watkins Calcara, Chtd., their attorney, and pursuant to Fed. R. Civ. P. 12(b)(6), move for an order dismissing all claims asserted against them in Plaintiff's Complaint on the basis that Plaintiff fails to state a claim upon which relief can be granted. The County Defendants have filed herewith a brief in support of this motion, which is incorporated by reference.

WHEREFORE, Defendants Jeff Soyez, Aaron Christner, and the Board of County Commissioners of Marion County, Kansas pray that their motion be granted, for costs, and for such other and further relief as to the Court shall seem just and proper.

Respectfully submitted,

WATKINS CALCARA, CHTD.

/s/ JEFFREY M. KUHLMAN
Jeffrey M. Kuhlman, #26865
1321 Main Street - Suite 300
P.O. Drawer 1110
Great Bend, Kansas 67530
(620) 792-8231   Fax (620) 792-2775
jkuhlman@wcrf.com

                        Attorney for Defendants Jeff Soyez, Aaron Christner, and the Board of County Commissioners of Marion County, Kansas

## CERTIFICATE OF SERVICE

      I hereby certify that on this 20th day of March, 2024, I electronically filed the above and foregoing Motion to Dismiss by using the CM/ECF system which will send a notice of electronic filing to registered counsel, including the following:

Randall K. Rathbun
DEPEW GILLEN RATHBUN & MCINTEER, LC
8301 E, 21st Street North, Suite 450
Wichita, KS 67206-2936
Attorneys for Plaintiff

Edward Keeley
Jennifer Hill
MCDONALD TINKER, PA
300 W. Douglas, Suite 500
PO Box 207
Wichita, KS 67202

                        s/      JEFFREY M. KUHLMAN
                                Jeffrey M. Kuhlman, #26825