| From: | Aaron Christner |
|---|---|
| To: | Gideon Cody (gcody@marionks.net) |
| Subject: | SW aff |
| Date: | Wednesday, August 9, 2023 3:56:20 PM |
| Attachments: | 117 S 3rd St Marion SW Aff.docx |

Caution! This message was sent from outside your organization.    Allow sender | Block sender

I attached a draft for a SW.  I am not comfortable swearing to an affidavit that I did not do the investigation on.  I left my training and expierice in red so you can change it to yours.  Let me know what you think.

Detective Aaron Christner #128
Kansas ICAC Task Force
Marion County Sheriff's Office
202 South 4th Street
Marion, KS 66861
O - 620-382-2144

F - 620-382-3441

Email Confidentiality Statement: This message and accompanying documents or attachments are covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521, and contain information intended for the specified individual(s) only.  This information is confidential in nature and may contain Law Enforcement Sensitive information.  If you are not  the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, copying, or the taking of any action based on the contents of this information is strictly prohibited.  If you have received this communication in error, please notify the sender immediately by E-mail or other means provided above, and delete the original message.

EXHIBIT A
to Memorandum to Motion to Dismiss