## IN THE UNITED STATES DITRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| PHYLLIS J. ZORN, | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) Civil Action No. 2:24-cv-2044-DDC-TJJ |
| | ) |
| CITY OF MARION, KS; DAVID MAYFIELD, individually and in his official capacity; GIDEON CODY, individually and in his official capacity; ZACHARIAH "ZACH" HUDLIN, in his individual capacity; THE BOARD OF COUNTY COMMISSION OF MARION COUNTY, KS; SHERIFF JEFF SOYEZ, individually and in his official capacity; AARON CHRISTNER, in his individual capacity. | ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## INDEX OF EXHIBITS TO MEMORANDUM IN SUPPORT OF MOTION TO DISMISS BY DEFENDANT GIDEON CODY

| Exhibit No. | Description of Exhibit |
|---|---|
| 1 | Kansas Department of Revenue Letter (under seal) |
| 2 | Kansas Department of Revenue Webpage |
| 3 | Email correspondence from Eric Meyer |
| 4 | Zachariah Hudlin Memo |
| 5 | Marion, City Council Minutes of August 7, 2023 |
| 6 | Search Warrant application |
| 7 | Kari Newell written statement |
| 8 | Search Warrant |
| 9 | Marion County Attorney press release |

Submitted by:

s/ Edward L. Keeley
Edward L. Keeley, #09771
Jennifer M. Hill, #21213
MCDONALD TINKER PA
300 W. Douglas, Suite 500
Wichita, KS 67202
Phone: 316-263-5851

        Fax:   316-263-4677
        ekeeley@mcdonaldtinker.com
        jhill@mcdonaldtinker.com
        *Attorneys for Defendant Gideon Cody*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of March, 2024, I electronically filed the foregoing **INDEX OF EXHIBITS TO MEMORANDUM IN SUPPORT OF MOTION TO DISMISS BY DEFENDANTS GIDEON CODY** with the Clerk of the Court by using the CM/ECF System, which will send a notice of electronic filing to all parties.

        s/ Edward L. Keeley
        Edward L. Keeley, #09771