On Monday August 7, 2023 I was asked by Chief Cody to contact the Kansas Department of Revenue (KDOR) about how someone would be able to acquire a copy of a letter sent to someone about their driver's license. At or around 1356 hours I made contact with someone at KDOR in their information technology department. The female I spoke with told me that KDOR was aware that there was a loophole or a vulnerability in their system that would allow someone to access another person's private data. She said that she had meetings the next week concerning the loophole. I asked if they would be able to tell who accessed the records and she said they did. I gave her the information for Kari Newell. She told me that on Friday August 4, 2023 the information was accessed by Phyllis Zorn and three minutes later by Kari Newell.

/s/ Zach Hudlin

DEFENDANT'S EXHIBIT
4