## THE 8TH JUDICIAL DISTRICT OF MARION COUNTY, KANSAS

*IN RE: SEARCH WARRANT FOR:* the premises commonly known as 117 S 3rd Street, Marion, Marion County, Kansas. The premise is described as a two-story building that has a red brick facade facing street to the east. There are steps going into a glass door area on the north side of the front of the building. Above the glass is a sign that says "Marion County Record".

### SEARCH WARRANT

**State of Kansas, Marion County, SS:**

THE STATE OF KANSAS TO:

Chief Gideon Cody, Marion Police Department, or any peace officer of the State of Kansas.

Having evidence under oath before me from which I find there is probable cause to believe that an offense against the laws of the State of Kansas, including but not limited to violations of **K.S.A. 21-6107 - Identity theft and K.S.A. 21-5839 - Unlawful acts concerning computers,** has been committed and that certain contraband, fruits, instrumentalities and evidence of such offense, to-wit:

1. Forensically process and analyze in a controlled setting all listed electronic media, for the purpose of viewing and or retrieving for evidentiary purposes all data including electronic images, documents and stored electronic communications.

2. Digital communications devices allowing access to the Internet or to cellular digital networks which were or have been used to access the Kansas Department of Revenue records website.

3. A computer or digital device that has been used to access the Kansas Department of Revenue records website.

4. Documents and records pertaining to Kari Newell

5. Conduct a preview search of all located digital communications devices and digital storage media to exclude from seizure those which have not been involved in the identity theft, by use of manual or automated preview tools.

6. Digital storage media and the digital content which are, or have been, used to store documents and items of personal information as defined by K.S.A. 21-6107.

7. Digital software and application software installation and operation media.

| MPD Case # | 23-108 | 117 S 3rd St. Marion SW | Chief Gid |

**DEFENDANT'S EXHIBIT**

**8**

8.  Computer software, hardware or digital contents related to the sharing of Internet access over wired or wireless networks allowing multiple persons to appear on the Internet from the same IP address.

9.  If computers or other digital devices are found in a running state, the investigator may acquire evidence from the devices prior to shutting the devices off.  This acquisition may take several hours depending on the volume of data.  This will include the contents of volatile memory related to computers and other digital communication devices that would tend to show the current and recent use of the computer, use of encryption, use of other communications devices, routes of Internet and other digital communications traffic and passwords, encryption keys or other dynamic details necessary to preserve the true state of running evidence.

10. Manuals and other documents (whether digital or written) which describe operation of items or software seized.

11. Items containing or displaying passwords, access codes, usernames, or other identifiers necessary to examine or operate items, software or information seized.

12. Correspondence or other documents (whether digital or written) pertaining to Kari Newell

13. Items or digital information that would tend to establish ownership or use of computers and Internet access equipment and ownership or use of any Internet service accounts and cellular digital networks to participate in the identity theft of Kari Newell.

14. Items that tend to show dominion and control of the property searched, to include utility bills, telephone bills, correspondence, rental agreements, and other identification documents.

15. Pictures of the exterior and interior of the premises.

The items listed in the Application for Search Warrant and the affidavit of probable cause are incorporated herein by reference and are located in or upon the above-described persons, places, things or means of conveyance.

**YOU ARE THEREFORE COMMANDED** forthwith to search the persons, place, thing, or means of conveyance herein before specified for such items holding them to be dealt with according to law and make due return of this warrant within (10) days of the date hereof.

Issued this ___11th___ day of ___August___, 20_23_ at _9:00_ o'clock _A_.M.

_____
**JUDGE**, District Court, Marion County Kansas

Page 2 of 3

| MPD Case # | 23-108 | 117 S 3rd St. Marion SW | Chief Gideon Cody |

# **RETURN**

      I received this warrant on the _____ day of _____, 20____, at approximately _____ o'clock ____.m., and executed the same on the _____ day of _____, 20____, by seizing the property described on the inventory and receipt attached hereto or shown on the reverse side hereof.

OFFICER SUPERVISING SEARCH

_____

TITLE:_____

| MPD Case # | 23-108 | 117 S 3rd St. Marion SW | Chief Gideon Cody |
|---|---|---|---|