DEPEW GILLEN RATHBUN & MCINTEER LC
8301 E. 21st Street North, Suite 450
Wichita, KS 67206-2936
Telephone: (316) 262-4000
Randy@depewgillen.com

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| PHYLLIS J. ZORN, <br><br> Plaintiff <br><br> v. <br><br> CITY OF MARION, KS, et al., <br><br> Defendants | Case No. 24-CV-2044-DDC-TJJ |

## UNOPPOSED MOTION FOR EXTENSION

COMES NOW the plaintiff Phyllis J. Zorn and respectfully requests that this Court grant an extension of time of one week for plaintiff to file her responses to the Motion to Dismiss (Doc. 20) filed by Defendants Soyez, Christner and the Marion Board of County Commissioners. In support of her motion, plaintiff states:

1. Defendants filed their Motion to Dismiss on March 20, 2024.

2. Plaintiff's current deadline to respond is April 10, 2024.

3. Since the time defendants filed their motion, plaintiff's counsel has had response briefs due in two other state court cases and has traveled out of town for depositions, and had two days of depositions

this week. Due to counsel's schedule, plaintiff requests an extension of one week, or until April 17, 2024, to adequately respond to the Motion to Dismiss in this case.

4. Plaintiff has not requested any previous extensions.

5. Defendants' counsel has been contacted and does not oppose the requested extension.

WHEREFORE, for the reasons set forth above, plaintiff respectfully requests that she be granted an extension of time to respond to the Defendants' Motion to Dismiss through and including April 17, 2024.

Respectfully submitted,

DEPEW GILLEN RATHBUN & MCINTEER LC

/s/Randall K. Rathbun
Randall K. Rathbun #09765
8301 E. 21st Street N., Suite 450
Wichita, KS 67206-2936
(316) 262-4000
Randy@depewgillen.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of April, 2024, the above and foregoing **Unopposed Motion for Extension** was filed via CM/ECF and notice sent to:

Jeffrey M. Kuhlman
Watkins Calcara Chtd.
1321 Main Street, Suite 300
PO Drawer 1110
Great Bend, KS 67530
*Attorneys for Defendants Soyez, Christner, Marion Board*

Edward Keeley
Jennifer Hill
McDonald Tinker PA
300 West Douglas, Suite 500
PO Box 207
Wichita, KS 67202
*Attorneys for Defendants Cody, City of Marion, et al*

                                /s/Randall K. Rathbun
                                Randall K. Rathbun #09765