DEPEW GILLEN RATHBUN & MCINTEER LC
8301 E. 21st Street North, Suite 450
Wichita, KS 67206-2936
Telephone: (316) 262-4000
Randy@depewgillen.com

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| PHYLLIS J. ZORN, </br></br>    Plaintiff, </br></br> v. </br></br> CITY OF MARION, KS, et al., </br></br>    Defendants | Case No. 24-CV-2044-DDC-TJJ |

## UNOPPOSED MOTION FOR EXTENSION

COMES NOW the plaintiff Phyllis J. Zorn and respectfully requests that this Court grant an extension of time of one week for plaintiff to file her responses to the Motion to Dismiss (Doc. 22) filed by defendant Cody and the Motion to Dismiss (Doc. 26) filed by the defendants Mayfield, Hudlin and City of Marion. In support of her motion, plaintiff states:

1. Defendant Cody filed his Motion to Dismiss on March 22, 2024, and the City defendants filed their Motion to Dismiss on March 25, 2024.

2. Plaintiff's current deadline to respond is April 12 and 15, 2024.

3. Since the time defendants filed their motions, plaintiff's counsel has had response briefs due in two other state court cases and has

multiple depositions to attend in other matters. Due to counsel's schedule, plaintiff requests an extension of until April 22, 2024, to adequately respond to both Motions to Dismiss in this case.

4. Plaintiff has not requested any previous extensions.

5. Defendants' counsel has been contacted and does not oppose the requested extension.

WHEREFORE, for the reasons set forth above, plaintiff respectfully requests that she be granted an extension of time to respond to the Defendants' Motions to Dismiss through and including April 22, 2024.

Respectfully submitted,

DEPEW GILLEN RATHBUN & MCINTEER LC

/s/Randall K. Rathbun
Randall K. Rathbun #09765
8301 E. 21st Street N., Suite 450
Wichita, KS 67206-2936
(316) 262-4000
Randy@depewgillen.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of April, 2024, the above and foregoing **Unopposed Motion for Extension** was filed via CM/ECF and notice sent to:

Jeffrey M. Kuhlman
Watkins Calcara Chtd.
1321 Main Street, Suite 300
PO Drawer 1110
Great Bend, KS 67530
*Attorneys for Defendants Soyez, Christner, Marion Board*

Edward Keeley
Jennifer Hill
McDonald Tinker PA
300 West Douglas, Suite 500
PO Box 207
Wichita, KS 67202
*Attorneys for Defendants Cody, City of Marion, et al*

/s/Randall K. Rathbun
Randall K. Rathbun #09765