# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| PHYLLIS J. ZORN, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 24-CV-02044-DDC-TJJ |
| CITY OF MARION, KS; DAVID MAYFIELD, individually and in his official capacity; GIDEON CODY, individually and in his official capacity; ZACHARIAH "ZACH" HUDLIN, in his official capacity; THE BOARD OF COUNTY COMMISSION OF MARION COUNTY, KS; SHERIFF JEFF SOYEZ, individually and in his official capacity; AARON CHRISTNER, in his individual capacity. | ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

## DEFENDANTS SOYEZ, CHRISTNER, AND THE MARION COUNTY BOARD OF COUNTY COMMISSIONERS' NOTICE OF WITHDRAWAL OF MOTION TO DISMISS

On June 10, 2020, Defendants Soyez, Christner, and the Marion County Board of County Commissioners filed a Motion to Dismiss Plaintiff's Complaint (Doc. 20). Plaintiff has since filed an Amended Complaint (Doc. 35), which moots and/or alters arguments contained in these Defendants' original Motion to Dismiss. For that reason, Defendants Soyez, Christner, and the Marion County Board of County Commissioners inform the Court that they are withdrawing their pending Motion to Dismiss (Doc. 20) and intend to file a new Motion to Dismiss Plaintiff's Amended Complaint.

Respectfully submitted,

WATKINS CALCARA, CHTD.

/s/ JEFFREY M. KUHLMAN
Jeffrey M. Kuhlman, #26865
1321 Main Street - Suite 300
P.O. Drawer 1110
Great Bend, Kansas 67530
(620) 792-8231   Fax (620) 792-2775
jkuhlman@wcrf.com
Attorney for Defendants Jeff Soyez, Aaron Christner, and the Board of County Commissioners of Marion County, Kansas

### CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of April 2024, I filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send notice of electronic filing to the following:

Randall K. Rathbun
DEPEW GILLEN RATHBUN & MCINTEER LC
8301 E. 21ST Street N., Suite 450
Wichita, KS 67206-2936
*Attorney for Plaintiff*

/s/ JEFFREY M. KUHLMAN
Jeffrey M. Kuhlman, #26865