IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| PHYLLIS J. ZORN, | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) Civil Action No. 2:24-cv-2044-DDC-TJJ |
| | ) |
| CITY OF MARION, KS; DAVID MAYFIELD, | ) |
| individually and in his official capacity; | ) |
| GIDEON CODY, individually and in his official | ) |
| capacity; ZACHARIAH "ZACH" HUDLIN, | ) |
| in his individual capacity; THE BOARD OF | ) |
| COUNTY COMMISSION OF MARION | ) |
| COUNTY, KS; SHERIFF JEFF SOYEZ, | ) |
| individually and in his official capacity; AARON | ) |
| CHRISTNER, in his individual capacity. | ) |
| | ) |
| Defendants. | ) |
| | ) |

**NOTICE OF WITHDRAWAL OF**
**MOTION TO DISMISS BY DEFENDANTS MAYFIELD, HUDLIN**
**AND CITY OF MARION, KS BECAUSE OF MOOTNESS**

On March 22, 2024, Defendant Cody filed a Motion to Dismiss in this case. (Doc. 22, 23).

On March 25, 2024, Defendants Mayfield, Hudlin and City of Marion filed a Motion to Dismiss

(Doc. 26, 27).  Plaintiff Zorn filed a First Amended Complaint on April 8, 2024 (Doc. 35).  Pursuant

to the Federal Rules, Plaintiff's amended pleading supersedes his original pleading and makes the

Motions to Dismiss by these Defendants moot.  Thus, these Defendants inform the Court that they

are withdrawing their pending Motions to Dismiss and intend to file a new Motion to Dismiss as

to Plaintiff's Amended Complaint.

Respectfully submitted:

/s/Edward L. Keeley
Edward L. Keeley, #09771
Jennifer M. Hill, #21213
MCDONALD TINKER PA
300 West Douglas Avenue, Suite 500
Wichita, Kansas 67202
T: (316) 263-5851; F: (316) 263-4677
E: ekeeley@mcdonaldtinker.com
E: jhill@mcdonaldtinker.com
*Attorneys for Defendants Mayfield, Hudlin & Marion*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 11th day of April 2024, a true and correct copy of the above and foregoing **Defendants' Notice of Withdrawal of Motions to Dismiss** was electronically filed with the United States District Court via the CM/ECF system, which will provide electronic notice to all attorneys of record including, the pro se Plaintiff:

Jeffrey L. Kuhlmann
WATKINS CALCARA, CHTD.
1321 Main Street – Suite 300
P.O. Drawer 1110
Great Bend, Kansas 67530
Tel: (620) 792-8231
Email: jkuhlman@wcrf.com

Randall K. Rathbun
DEPEW GILLEN RATHBUN & MCINTEER LC
8301 E. 21st Street N., Suite 450
Wichita, Kansas 67206-2936
T: (316) 262-4000
Email: randy@depewgillen.com

/s/Edward L. Keeley
Edward L. Keeley, #09771