## THE UNITED STATE DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| PHYLLIS J. ZORN<br><br>  Plaintiff,<br><br>v.<br><br>CITY OF MARION, et al.,<br><br>  Defendants. | Case No. 2:24-CV-02044-DDC-TJJ |

### DEFENDANTS JEFF SOYEZ, AARON CHRISTNER, AND THE BOARD OF COUNTY COMMISSIONERS OF MARION COUNTY, KANSAS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO THE AMENDED COMPLAINT

COME NOW the defendants Marion Co. Board of Commissioners, Jeff Soyez and Aaron Christner, by and through Jeffrey M. Kuhlman of the law firm of Watkins Calcara, Chtd., their attorneys, and move the Court for an order allowing an extension of time until May 15, 2024, to answer or otherwise plead to Plaintiff's Amended Complaint.

IN SUPPORT of this motion, these Defendants state as follows:

1. Plaintiff filed an Amended Complaint (Doc. 35) on April 8, 2024 and the current deadline to file an Answer or otherwise plead is April 22, 2024.

2. Plaintiff's original Complaint was 30 pages and contained 126 numbered paragraphs.

3. Plaintiff's Amended Complaint is 75 pages long and contains 380 numbered paragraphs.

4. In addition to answering Plaintiff's Amended Complaint in this matter, undersigned counsel has several other pressing matters in the upcoming weeks on other matters. Specifically, counsel has a deadline of April 19, 2024, to reply to a 50-page response in opposition to summary judgment in the matter of *Teetz v. Stepien, et al.*, Case No. 6:22-cv-01134-EFM. Counsel also has a deadline of April 24, 2024 to answer or otherwise respond to a 100-page Third Amended Complaint recently filed in *Phelps*

*v. Lehman*, et al. D. Kan. Case No. 2:23-cv-02206-DDC-RES. Furthermore, counsel has several status conferences, case management conferences, and pretrial conferences scheduled in various state court proceedings in the coming weeks. Lastly, counsel has out-of-town depositions scheduled for May 8-9 in the matter of *Settlemyer v. Stevens County*, SV-2023-cv-0000010.

5. Additional good cause for this motion can be found in reference to companion cases to this matter. This suit arises from the well-publicized execution of a search warrant on the Marion County Record in August of last year. Two other suits, *Meyer v. Cody, et al.*, Case No. 2:24-cv-02122-DDC-ADM, and *Bentz v. Cody, et al.*, Case No. 2:24-cv-02120-DDC-TJJ. Currently, these Defendants have a deadline of May 8, 2024 to answer or otherwise respond to the Complaints filed in that matter. These Defendants would prefer to get all of the various cases on similar timelines.

6. Because of the above-referenced issues, these Defendants request an extension of time until May 15, 2024, to answer or otherwise respond to the First Amended Complaint.

7. The JIAC/JDF Defendants have consulted with counsel for Plaintiff, and he does not object to this request.

8. Pursuant to D. Kan. R. 6.1(a), these Defendants assert that:

    a. Plaintiff has been consulted and does not request to this request.

    b. These Defendants' answer or other responsive pleading was initially due on April 22, 2024.

    c. This is the first request for an extension to answer or otherwise respond to the First Amended Complaint.

    d. This request is supported by good cause.

9. This motion is filed more than 3 days before the current deadline, in compliance D. Kan. R. 6.1(a).

WHEREFORE, Defendants Jeff Soyez, Aaron Christner, and the Board of County Commissioners of Marion County, Kansas request an Order extending their time to file an answer or

otherwise respond to Plaintiff's First Amended Complaint until May 15, 2024.

        Respectfully submitted,

        WATKINS CALCARA, CHTD.

        /s/ JEFFREY M. KUHLMAN
        Jeffrey M. Kuhlman, #26865
        1321 Main Street - Suite 300
        P.O. Drawer 1110
        Great Bend, Kansas 67530
        (620) 792-8231   Fax (620) 792-2775
        jkuhlman@wcrf.com
        Attorney for Defendants Jeff Soyez, Aaron Christner, and the Board of County Commissioners of Marion County, Kansas

## CERTIFICATE OF SERVICE

      I hereby certify that on this 16th day of April, 2024, I electronically filed the above and foregoing Motion by using the CM/ECF system which will send a notice of electronic filing to registered counsel, including the following:

Randall K. Rathbun
DEPEW GILLEN RATHBUN & MCINTEER, LC
8301 E, 21st Street North, Suite 450
Wichita, KS 67206-2936
Attorneys for Plaintiff

Edward Keeley
Jennifer Hill
MCDONALD TINKER, PA
300 W. Douglas, Suite 500
PO Box 207
Wichita, KS 67202

        s/  JEFFREY M. KUHLMAN
        Jeffrey M. Kuhlman, #26825