### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| PHYLLIS J. ZORN, | ) |
|                 Plaintiff, | ) |
| vs. | ) Civil Action No. 2:24-cv-2044-DDC-TJJ |
| CITY OF MARION, KS; DAVID MAYFIELD, individually and in his official capacity; GIDEON CODY, individually and in his official capacity; ZACHARIAH "ZACH" HUDLIN, in his individual capacity; THE BOARD OF COUNTY COMMISSION OF MARION COUNTY, KS; SHERIFF JEFF SOYEZ, individually and in his official capacity; AARON CHRISTNER, in his individual capacity. | ) |
|                 Defendants. | ) |

### UNOPPOSED MOTION FOR EXTENSION FOR DEFENDANTS GIDEON CODY, DAVID MAYFIELD, ZACHARIAH "ZACH" HUDLIN AND CITY OF MARION, KS TO FILE THEIR ANSWER OR OTHERWISE RESPOND

COME NOW Defendants Gideon Cody (Cody), David Mayfield (Mayfield), Zachariah "Zach" Hudlin (Hudlin), and the City of Marion, Kansas (the City), by and through their counsel, Jennifer M. Hill and Edward L Keeley of McDonald Tinker PA, and respectfully move the Court for an order granting Defendants until and including May 15, 2024, in which to file their Answer or otherwise respond to Plaintiff's Amended Complaint. Plaintiff's Amended Complaint consists of 75 pages and 380 paragraphs of allegations against these and other Defendants. In support of this motion these Defendants state as follows:

1. Plaintiff filed an Amended Complaint on April 8, 2024. Defendants Cody, Mayfield, Hudlin and City of Marion, Kansas must file an Answer or otherwise respond to Plaintiff's Amended Complaint by April 22, 2024.

2. The reason for this requested extension is that counsel for Defendants have been

working extensively on various other legal matters including expert witness designations and management of multiple fact witness depositions in *Hartford Fire Insurance Company v. The Law Company, Inc., et al*, Pottawatomie County District Court, Case No. PT-2023-CV-000065; an urgent internal confidential personnel investigation requiring review of over 4,000 documents and interviews of multiple fact witnesses; and extensive written discovery and document production as defense counsel in *The McClatchy Company LLC v. The City of Wichita, Kansas*, Sedgwick County District Court, Case No. SG-2023-CV-300169.

    3.    Counsel is also representing these same Defendants in two companion cases filed in April, 2024: *Meyer, et. al. v. Cody, et. al.,* U.S. District Court for the District of Kansas, Case No. 2:24-cv-2122-DDC-ADM and *Bentz v. Cody, et. al.,* U.S. District Court for the District of Kansas, Case No. 2:24-cv-2120-DDC-TJJ. Further, counsel is representing Defendant Cody in the pending litigation *Gruver v. Cody*, U.S. District Court for the District of Kansas, Case No. 6:23-cv-1179-DDC-GEB, a case tied to the events of this case wherein the parties had recently unsuccessfully mediated the claims and are now backtracking to begin work on the discovery in this case.

    4.    Defendants have consulted with counsel for the Plaintiff who does not oppose the requested extension.

    5.    The original date to Answer or otherwise respond to Plaintiff's Amended Complaint is April 22, 2024.

    6.    This is the first request for extension of time on this deadline and the request is supported by good cause.

    7.    This request for extension is made in good faith and not for purpose of delay.

    WHEREFORE, by reason of the above and foregoing, Defendants Cody, Mayfield, Hudlin and the City of Marion, Kansas, respectfully request an extension of time until and including May

15, 2024 for these Defendants to file an Answer or otherwise respond to Plaintiff's Amended Complaint in this case.

                                    Respectfully submitted,

                                    s/ Jennifer M. Hill
                                    Jennifer M. Hill, #21213
                                    Edward L. Keeley, #09771
                                    McDONALD TINKER PA
                                    300 West Douglas, Suite 500
                                    Wichita, KS 67202
                                    T: (316) 263-5851
                                    F: (316) 263-4677
                                    E: jhill@mcdonaldtinker.com
                                        ekeeley@mcdonaldtinker.com
                                    *Attorneys for Defendants Cody, Mayfield,*
                                    *Hudlin and City of Marion, Kansas*

## **CERTIFICATE OF SERVICE**

       I hereby certify that on the 16th day of April, 2024, I presented the foregoing **Unopposed Motion for Extension for Defendants to Respond** to the Clerk of the Court for filing and uploading to the CM/ECF system which will send a notice of electronic filing to the following:

    Randall K. Rathbun
    Depew Gillen Rathbun & McInteer, LC
    8301 East 21st Street North, Suite 450
    Wichita, KS 67206
    *Attorneys for Plaintiff*

    Jeffrey M. Kuhlmann
    Watkins Calcara Chtd
    1321 Main Street, Ste 300
    PO Drawer 1110
    Great Bend, KS 67530
    *Attorneys for Defendants Board of County*
    *Commissioners of Marion County, Kansas,*
    *Sheriff Jeff Soyez, and Aaron Christner*

                                      s/ Jennifer M. Hill
                                      Jennifer M. Hill