### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| PHYLLIS J. ZORN, ) | |
| ) | |
|        Plaintiff, ) | |
| vs. ) | Civil Action No. 2:24-cv-2044-DDC-TJJ |
| ) | |
| CITY OF MARION, KS; DAVID MAYFIELD, ) individually and in his official capacity; ) GIDEON CODY, individually and in his official ) capacity; ZACHARIAH "ZACH" HUDLIN, ) in his individual capacity; THE BOARD OF ) COUNTY COMMISSION OF MARION ) COUNTY, KS; SHERIFF JEFF SOYEZ, ) individually and in his official capacity; AARON ) CHRISTNER, in his individual capacity. ) )        Defendants. ) | |

### UNOPPOSED MOTION FOR EXTENSION OF PAGES

COME NOW Defendants Gideon Cody (Cody), David Mayfield (Mayfield), Zachariah "Zach" Hudlin (Hudlin), and the City of Marion, Kansas (the City), by and through their counsel, Jennifer M. Hill and Edward L Keeley of McDonald Tinker PA, and respectfully move the Court for an order extending page limitations pursuant to D. Kan. Local Rule 7.1(d)(4). These Defendants respectfully request an additional total of ten (10) more pages in total briefing beyond the Court's prior order. In support of this motion these Defendants state as follows:

    1.    As previously noted to this Court, on February 6, 2024, Plaintiff filed her original Complaint against seven separate defendants. Plaintiff's Complaint was 31 pages in length with 126 separately numbered paragraphs. (ECF 1). The Court previously approved Defendants' consolidation of briefing for some Defendants and page extensions as proposed by defense counsel. (ECF 16, 17).

    2.    Plaintiff filed an Amended Complaint on April 8, 2024. This pleading is now 78

pages in length and 380 paragraphs (an increase of 47 pages and 254 numbered paragraphs of allegations and statements). (ECF 35)

3. The Court's prior order on the page extension request was to allow these Defendants to file two Motions to Dismiss totaling 45 pages. Defendants filed these motions in compliance with the Court's Order. (ECF 23, 27).

4. Again, these four Defendants intend to file Motions to Dismiss pursuant to Rule 12 practice. Defendants also plan to file two briefs instead of four.

5. Pursuant to Local Rule 7.1(d)(3), Defendants' principal briefs on their Motions cannot exceed 15 pages.

6. Defendants City of Marion, David Mayfield, Zachariah "Zach" Hudlin and Gideon Cody request additional pages to outline their arguments to this Court on their Rule 12 motion.

7. These Defendants now seek an Order from this Court allowing them up to 55 pages of total briefing for their Motion to Dismiss.

8. Defendants seek this extension of the page limitation to ensure adequate briefing and to efficiently argue the merits of their Motions.

9. The requested page extension is not for any inappropriate purpose other than to appropriately outline and argue the legal theories for the Court's analysis and resolution.

10. Defendants' counsel has conferred with Plaintiff's counsel who has no objection to this request for page extension. Defendants would agree to additional page limitation extensions if needed for Plaintiff's response.

WHEREFORE, by reason of the above and foregoing, Defendants Cody, Mayfield, Hudlin and the City of Marion, Kansas, respectfully request an extension of pages to fully brief the legal questions pending before this Court.

Respectfully submitted,

s/ Jennifer M. Hill
Jennifer M. Hill, #21213
Edward L. Keeley, #09771
McDONALD TINKER PA
300 West Douglas, Suite 500
Wichita, KS 67202
 T: (316) 263-5851
 F: (316) 263-4677
 E: jhill@mcdonaldtinker.com
    ekeeley@mcdonaldtinker.com
*Attorneys for Defendants Cody, Mayfield,*
*Hudlin and City of Marion, Kansas*

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of May, 2024, I presented the foregoing **Unopposed Motion for Extension of Pages** to the Clerk of the Court for filing and uploading to the CM/ECF system which will send a notice of electronic filing to the following:

Randall K. Rathbun
Depew Gillen Rathbun & McInteer, LC
8301 East 21st Street North, Suite 450
Wichita, KS 67206
*Attorneys for Plaintiff*

Jeffrey M. Kuhlmann
Watkins Calcara Chtd
1321 Main Street, Ste 300
PO Drawer 1110
Great Bend, KS 67530
*Attorneys for Defendants Board of County*
*Commissioners of Marion County, Kansas,*
*Sheriff Jeff Soyez, and Aaron Christner*

s/ Jennifer M. Hill
Jennifer M. Hill

3