## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

PHYLLIS J. ZORN,                                    )
                                                   )
                        Plaintiff,                 )
vs.                                                ) Civil Action No. 2:24-cv-2044-DDC-TJJ
                                                   )
CITY OF MARION, KS; DAVID MAYFIELD,                )
individually and in his official capacity;         )
GIDEON CODY, individually and in his official       )
capacity; ZACHARIAH "ZACH" HUDLIN,                 )
in his individual capacity; THE BOARD OF           )
COUNTY COMMISSION OF MARION                        )
COUNTY, KS; SHERIFF JEFF SOYEZ,                    )
individually and in his official capacity; AARON    )
CHRISTNER, in his individual capacity.             )
                                                   )
                        Defendants.                )

---

### SECOND UNOPPOSED MOTION FOR EXTENSION FOR DEFENDANTS GIDEON CODY, DAVID MAYFIELD, ZACHARIAH "ZACH" HUDLIN AND CITY OF MARION, KS TO FILE THEIR ANSWER OR OTHERWISE RESPOND

COME NOW Defendants Gideon Cody (Cody), David Mayfield (Mayfield), Zachariah

"Zach" Hudlin (Hudlin), and the City of Marion, Kansas (the City), by and through their counsel,

Jennifer M. Hill and Edward L Keeley of McDonald Tinker PA, and respectfully move the Court

for an order granting Defendants until and including May 17, 2024, in which to file their Answer

or otherwise respond to Plaintiff's Amended Complaint. Plaintiff's Amended Complaint consists

of 75 pages and 380 paragraphs of allegations against these and other Defendants. In support of

this motion these Defendants state as follows:

1.    Plaintiff filed an Amended Complaint on April 8, 2024. Defendants Cody, Mayfield,

Hudlin and City of Marion, Kansas must file an Answer or otherwise respond to Plaintiff's

Amended Complaint by May 15, 2024.

2.    The reason for this requested extension is that counsel for Defendants have been

working extensively on various other legal matters including expert witness designations and management of multiple fact witness depositions in *Hartford Fire Insurance Company v. The Law Company, Inc., et al*, Pottawatomie County District Court, Case No. PT-2023-CV-000065; an urgent internal confidential personnel investigation requiring review of over 4,000 documents and interviews of multiple fact witnesses; and extensive written discovery and document production as defense counsel in *The McClatchy Company LLC v. The City of Wichita, Kansas*, Sedgwick County District Court, Case No. SG-2023-CV-300169.

3.    Counsel is also representing these same Defendants in two companion cases filed in April, 2024: *Meyer, et. al. v. Cody, et. al.,* U.S. District Court for the District of Kansas, Case No. 2:24-cv-2122-DDC-ADM and *Bentz v. Cody, et. al.,* U.S. District Court for the District of Kansas, Case No. 2:24-cv-2120-DDC-TJJ. Further, counsel is representing Defendant Cody in the pending litigation *Gruver v. Cody*, U.S. District Court for the District of Kansas, Case No. 6:23-cv-1179-DDC-GEB, a case tied to the events of this case wherein the parties had recently unsuccessfully mediated the claims and are now backtracking to begin work on the discovery in this case.

4.    Defendants have consulted with counsel for the Plaintiff who does not oppose the requested extension.

5.    The amended date to Answer or otherwise respond to Plaintiff's Amended Complaint is May 15, 2024.

6.    This is the second request for extension of time on this deadline and the request is supported by good cause.

7.    This request for extension is made in good faith and not for purpose of delay.

WHEREFORE, by reason of the above and foregoing, Defendants Cody, Mayfield, Hudlin and the City of Marion, Kansas, respectfully request an extension of time until and including May

17, 2024 for these Defendants to file an Answer or otherwise respond to Plaintiff's Amended Complaint in this case.

Respectfully submitted,

s/ Jennifer M. Hill
Jennifer M. Hill, #21213
Edward L. Keeley, #09771
McDONALD TINKER PA
300 West Douglas, Suite 500
Wichita, KS 67202
T: (316) 263-5851
F: (316) 263-4677
E: jhill@mcdonaldtinker.com
   ekeeley@mcdonaldtinker.com
*Attorneys for Defendants Cody, Mayfield, Hudlin and City of Marion, Kansas*

### CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of May, 2024, I presented the foregoing **Unopposed Motion for Extension for Defendants to Respond** to the Clerk of the Court for filing and uploading to the CM/ECF system which will send a notice of electronic filing to the following:

Randall K. Rathbun
Depew Gillen Rathbun & McInteer, LC
8301 East 21st Street North, Suite 450
Wichita, KS 67206
*Attorneys for Plaintiff*

Jeffrey M. Kuhlmann
Watkins Calcara Chtd
1321 Main Street, Ste 300
PO Drawer 1110
Great Bend, KS 67530
*Attorneys for Defendants Board of County Commissioners of Marion County, Kansas, Sheriff Jeff Soyez, and Aaron Christner*

s/ Jennifer M. Hill
Jennifer M. Hill