## THE UNITED STATE DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

PHYLLIS J. ZORN

    Plaintiff,

v.

CITY OF MARION, et al.,

    Defendants.

Case No. 2:24-CV-02044-DDC-TJJ

### DEFENDANTS JEFF SOYEZ, AARON CHRISTNER, AND THE BOARD OF COUNTY COMMISSIONERS OF MARION COUNTY, KANSAS' UNOPPOSED MOTION TO EXCEED PAGE LIMIT

COME NOW, the Defendants Jeff Soyez, Aaron Christner, and the Board of County Commissioners of Marion County, Kansas, by and through Jeffrey M. Kuhlman of the law firm of Watkins Calcara, Chtd., their attorney and pursuant D. Kan. R. 7.1(d)(4), requests leave to exceed the 15 page limit that applies to motions under D. Kan. R. 7.1(d)(3).

In support of this Motion, the Defendants state as follows:

1. Plaintiff Zorn filed her First Amended Complaint against seven separate defendants on April 8, 2024. Plaintiff's Complaint is seventy-eight (78) pages in length with 380 separately numbered paragraphs.

2. The Defendants Jeff Soyez, Aaron Christner, and the Board of County Commissioners of Marion County, Kansas intend to file Motions to Dismiss pursuant to Rule 12 practice.

3. Pursuant to Local Rule 7.1(d)(3), Defendants' principal brief on their Motion cannot exceed 15 pages.

4. These Defendants request an additional three pages to outline their arguments to this Court on their Rule 12 motion.

5. Defendants' counsel has conferred with Plaintiff's counsel who has no objection to request for page extension. Defendants would agree to additional page limitation extensions if needed for Plaintiff's response.

6. Defendants seek this extension of the page limitation to ensure adequate briefing and attempting to efficiently argue the merits of their Motions.

7. The requested page extension is not for any inappropriate purpose other than to appropriately outline the legal theories for the Court's analysis.

8. These Defendants have a deadline of May 15, 2024 in which to respond to Plaintiff's Amended Complaint. Therefore, this motion is timely under Rule D. Kan. R. 7.1(d)(4).

WHEREFORE, Defendants Jeff Soyez, Aaron Christner, and the Board of County Commissioners of Marion County, Kansas, respectfully request that the Court grant its motion to exceed page limits and allow them to file a memorandum in support of their motion for dismissal not to exceed 18 pages in length.

WATKINS CALCARA, CHTD

s/    JEFFREY M. KUHLMAN
Jeffrey M. Kuhlman, #26865 1321
Main Street - Suite 300
P.O. Drawer 1110
Great Bend, Kansas  67530
(620) 792-8231; Fax (620) 792-2775
Attorneys for Defendants Jeff Soyez, Aaron
Christner, and the Board of County
Commissioners of Marion County, Kansas,

## CERTIFICATE OF SERVICE

      I hereby certify that on this 10th day of May, 2024, I electronically filed the above and foregoing Motion by using the CM/ECF system which will send a notice of electronic filing to registered counsel.

Randall K. Rathbun
DEPEW GILLEN RATHBUN & MCINTEER LC
8301 E. 21ST Street N., Suite 450
Wichita, KS 67206-2936
*Attorney for Plaintiff*

                                                          s/    JEFFREY M. KUHLMAN
                                                              Jeffrey M. Kuhlman, #26825