DEPEW GILLEN RATHBUN & MCINTEER LC
8301 E. 21st Street North, Suite 450
Wichita, KS 67206-2936
Telephone: (316) 262-4000
Randy@depewgillen.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| PHYLLIS J. ZORN, ) | |
| Plaintiff ) | |
| v. ) | Case No. 24-CV-2044-DDC-GEB |
| CITY OF MARION, KS, et al., ) | |
| Defendants ) | |

### PLAINTIFF'S RESPONSE TO NOTICE AND ORDER
### TO SHOW CAUSE

COMES NOW the plaintiff, Phyllis J. Zorn, in response to the Court's Notice and Order to Show Cause (Doc. 55) and states that she has no objection to consolidation of the cases for discovery purposes.

Respectfully submitted,

DEPEW GILLEN RATHBUN & MCINTEER LC

/s/Randall K. Rathbun
Randall K. Rathbun #09765
8301 E. 21st Street N., Suite 450
Wichita, KS 67206-2936
(316) 262-4000
Randy@depewgillen.com
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of May, 2024, the above and foregoing **Plaintiff's Response to Notice and Order to Show Cause** was filed via CM/ECF and notice sent to:

Jeffrey M. Kuhlman
Watkins Calcara Chtd.
1321 Main Street, Suite 300
PO Drawer 1110
Great Bend, KS 67530
*Attorneys for Defendants Soyez, Christner, Marion Board*

Edward Keeley
Jennifer Hill
McDonald Tinker PA
300 West Douglas, Suite 500
PO Box 207
Wichita, KS 67202
*Attorneys for Defendants Cody, City of Marion, et al*

/s/Randall K. Rathbun
Randall K. Rathbun #09765