IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| PHYLLIS J. ZORN, | ) |
|         Plaintiff, | ) |
| vs. | ) Civil Action No. 2:24-cv-2044-DDC-GEB |
| CITY OF MARION, KS; DAVID MAYFIELD, individually and in his official capacity; GIDEON CODY, individually and in his official capacity; ZACHARIAH "ZACH" HUDLIN, in his individual capacity; THE BOARD OF COUNTY COMMISSION OF MARION COUNTY, KS; SHERIFF JEFF SOYEZ, individually and in his official capacity; AARON CHRISTNER, in his individual capacity. | ) |
|         Defendants. | ) |

## MOTION TO DISMISS BY DEFENDANTS DAVID MAYFIELD, ZACH HUDLIN AND CITY OF MARION

COMES NOW Defendants David Mayfield, Zach Hudlin and City of Marion, Kansas by and through their counsel of record Edward L. Keeley and Jennifer M. Hill of McDonald Tinker PA, and hereby moves the Court for an order dismissing Plaintiff's claims against them in the Complaint with prejudice pursuant to Fed. R. Civ. P. 12(b)(6).

Plaintiff has failed to state a claim against upon which relief can be granted against Defendants. Moreover, Mayfield and Hudlin are entitled to qualified immunity. Submitted herewith and incorporated by reference is Defendants' Memorandum filed in support this motion.

Respectfully submitted:

/s/Edward L. Keeley
Edward L. Keeley, #09771
Jennifer M. Hill, #21213
McDonald Tinker PA
300 West Douglas Avenue, Suite 500
Wichita, Kansas 67202

T: (316) 263-5851; F: (316) 263-4677
E: ekeeley@mcdonaldtinker.com
E: jhill@mcdonaldtinker.com
*Attorneys for Defendants David Mayfield, Zach Hudlin, City of Marion*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 17th day of May 2024, a true and correct copy of the above and foregoing **Defendants' Motion to Dismiss** was electronically filed with the United States District Court via the CM/ECF system, which will provide electronic notice to all attorneys of record including, the pro se Plaintiff:

| | |
|---|---|
| Jeffrey L. Kuhlmann<br>WATKINS CALCARA, CHTD.<br>1321 Main Street – Suite 300<br>P.O. Drawer 1110<br>Great Bend, Kansas 67530<br>Tel: (620) 792-8231<br>Fax: (620) 792-2775<br>Email: jkuhlman@wcrf.com<br>*Attorneys for Defendants The Board of County Commission of Marion County, KS, Sheriff Jeff Soyez, Aaron Christner* | Randall K. Rathbun<br>DEPEW GILLEN RATHBUN &<br>MCINTEER LC<br>8301 E. 21st Street N., Suite 450<br>Wichita, Kansas 67206-2936<br>T: (316) 262-4000<br>Email: randy@depewgillen.com<br>*Attorney for Plaintiff* |

/s/Edward L. Keeley
Edward L. Keeley, #09771