## IN THE UNITED STATES DITRICT COURT
## FOR THE DISTRICT OF KANSAS

PHYLLIS J. ZORN, )
)
        Plaintiff, )
vs. ) Civil Action No. 2:24-cv-2044-DDC-GEB
)
CITY OF MARION, KS; DAVID MAYFIELD, )
individually and in his official capacity; )
GIDEON CODY, individually and in his official )
capacity; ZACHARIAH "ZACH" HUDLIN, )
in his individual capacity; THE BOARD OF )
COUNTY COMMISSION OF MARION )
COUNTY, KS; SHERIFF JEFF SOYEZ, )
individually and in his official capacity; AARON )
CHRISTNER, in his individual capacity. )
        Defendants. )
)

**INDEX OF EXHIBITS TO MEMORANDUM IN SUPPORT OF MOTION TO DISMISS BY DEFENDANTS DAVID MAYFIELD, ZACH HUDLIN AND CITY OF MARION**

| Exhibit No. | Description of Exhibit |
|---|---|
| 1 | Kansas Department of Revenue Letter (under seal) |
| 2 | Kansas Department of Revenue Webpage (with redactions) |
| 3 | Email correspondence from Eric Meyer |
| 4 | Zachariah Hudlin Memo |
| 5 | Marion, City Council Minutes of August 7, 2023 |
| 6 | Search Warrant application |
| 7 | Kari Newell written statement |
| 8 | Search Warrant |
| 9 | Marion County Attorney press release |

Submitted by:

s/ Edward L. Keeley
Edward L. Keeley, #09771
Jennifer M. Hill, #21213
MCDONALD TINKER PA
300 W. Douglas, Suite 500
Wichita, KS 67202

Phone: 316-263-5851
Fax:    316-263-4677
ekeeley@mcdonaldtinker.com
jhill@mcdonaldtinker.com
*Attorneys for Defendants David Mayfield, Zach Hudlin, City of Marion*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on the 17th day of May, 2024, I electronically filed the foregoing **INDEX OF EXHIBITS TO MEMORANDUM IN SUPPORT OF MOTION TO DISMISS BY DEFENDANTS DAVID MAYFIELD, ZACH HUDLIN AND CITY OF MARION** with the Clerk of the Court by using the CM/ECF System, which will send a notice of electronic filing to all parties.

<u>s/ Edward L. Keeley</u>
Edward L. Keeley, #09771