===========================
City Council Meeting
Monday, August 7th, 2023
Monday, 4:30 p.m.

The meeting of the City Council for the City of Marion, Kansas was held August 7th, 2023 at 203 N. 3rd, Marion, KS in the lower level at 4:30 p.m. with David Mayfield presiding as Mayor, Council Members, Ruth Herbel, Jerry Kline, Kevin Burkholder, and Zach Collett. Also in attendance were City Clerk, Janet Robinson, City Administrator, Brogan Jones, Margo Yates, Officer Zach Hudlin, Jonathon Benavidez, Allison Tajchman, Eric Meyer, Michael Powers, Kari Newell, Ted Turk, and Deb Gruver with the Marion County Record.

Call to Order: Mayor Mayfield called the meeting to order following the Pledge of Allegiance.

Agenda: Herbel moved to approve the agenda; Kline 2nd; motion carried 5-0.

Approval of Consent Agenda: Herbel moved to approve the Consent Agenda; Burkholder 2nd; Herbel requested that the motioned she made at the July 27th, 2023 meeting regarding the motion made for the net metering agreement with Brendan Kraus be amended to read as follows: Herbel made a motion to Grandfather Brendan Kraus into the original agreement for net metering; Kline 2nd; after additional discussion, Kline withdrew his 2nd and Herbel amended motion to grandfather in the original net metering agreement with Brendan Kraus and also to credit from January to present, at retail rate, cost for amount owed to Kraus due to misreading of meters and overcharges. The net metering agreement's credit for net excess solar production shall be based on the city's cost of KWH from KPP for the life of the solar panels, second by Kline. Motion carried. 5-0

Apppointment of Jones of the City of Marion to the Kansas League of Municipalities voting delegation: Mayor Mayfield made a motion to approve Jones to the Kansas League of Municipalities voting delegation; Kline 2nd, motion carried 5-0.

Liquor/Caterer License for Chef's Parlor 1886: Newel addressed council members requesting the go ahead to file the paper work for the ABC, State of Kansas, regarding the premise approval, form 806, to be able to move forward on getting her Liquor/Caterer License for Chef's Parlor 1886. After discussion, Collett made a motion to approve Newell's request; Burkholder 2nd; Herbel opposed, motion carried 4-1.

Resolution to demolish, 202 Miller: James Masters told council members that an inspection had been made on 202 Miller Street, and no steps had been taken to clean up the property to be in compliance, and asked council members to approve Resolution 23-02, proceeding to demolish the unsafe or dangerous structure. After discussion, Collett made a motion to approve Resolution 23-02; Mayor Mayfield 2nd, motion carried 5-0.

DEFENDANT'S EXHIBIT

5

Christmas Lighting Fee Structure: Jones told council members that the fee schedule for Christmas Lighting needed to be increased to at the least the cost of the materials. Jones suggested increasing the bulb replacement to $2.50, and the light installation per foot to $8.00. After discussion, Jones will bring back an ordinance draft increasing the rates for council members to vote on at an upcoming council meeting.

Councilor, Department and Staff Reports: Kline asked if the repairs to the airport runway were done. Jones stated that he was sill waiting on Circle K, but the estimate was $25.00 per linear foot. Burkholder nothing further to report. Collett nothing further to report. Herbel nothing further to report.

Yates nothing further to report. Officer Hudlin introduced Jonathon Benavidez to council members as a new Police Officer for the PD department. Masters nothing further to report. Jones reported that during the recent storm, one utility pole broke in the North Cedar Street area which caused a couple of power outages to occur, along with Evergy outages. Burkholder asked about new poles on Walnut Street that were laying on the ground. Jones will check with the electric department to find out why they are there.

Public Forum: Alison Tajchman introduced herself to council members as owner of That One Place/Taco's Food Truck. Tajchman stated after the recent storm, her business was out of power for over 12 hours, and no one let them know. Tajchman expressed concerns about an abandoned house at 116 N. Roosevelt Street that does not have power, which is right behind her business, so electrical issues to her business are overlooked.

Kari Newell told council members that her private information was taken by a reporter who in turn shared it with Ruth Herbel and others, and she would be filing a complaint with the county attorney. Eric Meyer addressed council members stating he received the information on social media but the information was not shared, instead was turned over to the Police and Sheriff's offices.

Ted Turke told council members he contacted the city back in October or November regarding the depths of putting a the sewer line out of his home, which is a slab home so everything needed to be pre-fit before concrete could be poured, and was told it was a least 36 inches below the frost line. He had a company come out a trench the line on Fink Street, which was only 88 foot from the main, however when they got to the center of the street, they found that they were going uphill, so they had to reroute the line to Coble Street, which they had to zig zag the line, making the total trenching footage 275 ft. Turk asked council members if they would consider helping share the cost of the additional $4,343.33 for the additional trenching that was done. After discussion, Jones will do some research and bring more information back to the next city council meeting.

State Representative, Scott Hill introduced himself to council members, and stated that there were infrastructure grants that were coming available soon and the city should consider applying for.

<u>Motion to adjourn the meeting</u>: Kline made a motion to adjourn the meeting. Mayor Mayfield 2nd. Meeting adjourned.

_____
Ruth Herbel, Vice Mayor


_____
Janet Robinson, City Clerk