Mon. Aug 7 5:49
I called & left Eric Meyer a message to return my call in regards to how my information was compromised.

7:01 pm 30 min 37 sec
Mr. Meyer returned my call. I made him aware, since he denied any knowledge, that in fact my information was pulled by his staff member Phyllis Zorn. He then admitted he "knew she did." "We received information from a confidential informant ~~that~~ that you were driving with no license. They further contend you bragged about police being aware & allowing it." I refuted that claim. I inquired as to who the tipster was, he said it was a facebook lead and I could figure it out. He then stated the person(s) had connections to law enforcement and that's how "they" knew. He further stated he believed this to be malicious and pertaining to my divorce in which my soon to be ex husband was making an attempt to get me stopped by police so he would have leverage over personal property in dispute. I informed Mr. Meyer that the piece of information they downloaded was done so illegally without my permission under DPPA (?) He said he was aware and that's why there would be no story printed in regards. I told him just downloading it was grounds for a civil suit. He lost his cool and began hurling threats saying if I pursue ANYTHING he will print the story and will continue to use anything he can to ~~destroy me~~ come at me. He stated he would "own my restaurant"

He then asked why they were asked to leave my establishment during a congressmans meet & greet. I told him it was due to his bias reporting tactics & their pattern of twisting narratives &

**DEFENDANT'S EXHIBIT**

**7**

individual quotes. He started screaming that I was defaming or slandering him. I explained implied truth to him and that considering its a privately owned business I reserved the right to refuse and I exercised it. He began calling me racist, vicious, bipolar, toxic. Told me to go back where I came from. I bit back exchanging my think so's to which he proclaimed our entire conversation was on the record. I believe it was recorded.

Side note: somewhere in these exchanges he did mention he was digging up things on chief Cody to take to print. Told me to be careful of dealing with him. Also mentioned his putting a case together on the city for KORA and several violations committed his aware of. →

Also stated he will never make a publication on my business again unless its my arrest or I go bankrupt.

Kari Newell

Wed. Aug. 9  8:33 am