### IN UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| PHYLLIS J. ZORN, | ) |
|         Plaintiff, | ) |
| vs. | ) Civil Action No. 2:24-cv-2044-DDC-TJJ |
| CITY OF MARION, KS; DAVID MAYFIELD, individually and in his official capacity; GIDEON CODY, individually and in his official capacity; ZACHARIAH "ZACH" HUDLIN, in his individual capacity; THE BOARD OF COUNTY COMMISSION OF MARION COUNTY, KS; SHERIFF JEFF SOYEZ, individually and in his official capacity; AARON CHRISTNER, in his individual capacity. | ) |
|         Defendants. | ) |

### **NOTICE OF PROVISIONAL UNDER-SEAL FILING**

Defendants David Mayfield, ("Mayfield"), Zachariah Hudlin ("Hudlin") and City of Marion, KS by and through their attorneys of record Edward L. Keeley and Jennifer M. Hill of McDonald Tinker PA, pursuant to D. Kan. Rule 5.4.2(b), hereby provide notice that it has provisionally filed documents under seal and states:

1. Mayfield, Hudlin and City of Marion, KS have made the following provisional under-seal filing:

    a. ECF No. 59-Attachment 1

    b. ECF No. 59-Attachment 2

2. Mayfield, Hudlin and City of Marion, KS contend that the document should remain under seal and will not take any further affirmative actions to place the document in the public record.

3. Mayfield, Hudlin and City of Marion, KS identifies that the documents are correspondence from the Kansas Department of Revenue and has private personal information of a third party not a party in the case at bar.

Respectfully submitted:

/s/Edward L. Keeley
Edward L. Keeley, #09771
Jennifer M. Hill, #21213
MCDONALD TINKER PA
300 West Douglas Avenue, Suite 500
Wichita, Kansas 67202
T: (316) 263-5851; F: (316) 263-4677
E: ekeeley@mcdonaldtinker.com
E: jhill@mcdonaldtinker.com
*Attorneys for Defendants David Mayfield, Zach Hudlin, City of Marion*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 17th day of May 2024, a true and correct copy of the above and foregoing **NOTICE OF PROVISIONAL UNDER-SEAL FILING** was filed with Court's CM/ECF system which will send notification to counsel for counsel of record for all parties as follows:

Jeffrey L. Kuhlmann
WATKINS CALCARA, CHTD.
1321 Main Street – Suite 300
P.O. Drawer 1110
Great Bend, Kansas 67530
Tel: (620) 792-8231
Fax: (620) 792-2775
Email: jkuhlman@wcrf.com
*Attorneys for Defendants The Board of County Commission of Marion County, KS, Sheriff Jeff Soyez, Aaron Christner*

Randall K. Rathbun
DEPEW GILLEN RATHBUN & MCINTEER LC
8301 E. 21st Street N., Suite 450
Wichita, Kansas 67206-2936
T: (316) 262-4000
Email: randy@depewgillen.com
*Attorney for Plaintiff*

/s/ Edward L. Keeley
Edward L. Keeley, #09771