**IN THE UNITED STATES DITRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| PHYLLIS J. ZORN, )<br>)<br>    Plaintiff, )<br>vs. )<br>)<br>CITY OF MARION, KS; DAVID MAYFIELD, )<br>individually and in his official capacity; )<br>GIDEON CODY, individually and in his official )<br>capacity; ZACHARIAH "ZACH" HUDLIN, )<br>in his individual capacity; THE BOARD OF )<br>COUNTY COMMISSION OF MARION )<br>COUNTY, KS; SHERIFF JEFF SOYEZ, )<br>individually and in his official capacity; AARON )<br>CHRISTNER, in his individual capacity. )<br>    Defendants. )<br>_____ ) | Civil Action No. 2:24-cv-2044-DDC-GEB |

**INDEX OF EXHIBITS WITH REDACTIONS TO MEMORANDUM IN SUPPORT OF MOTION TO DISMISS BY DEFENDANT GIDEON CODY, DAVID MAYFIELD, ZACH HUDLIN AND CITY OF MARION**

| Exhibit No. | Description of Exhibit |
|---|---|
| 1 | Kansas Department of Revenue Letter (redacted) |
| 2 | Kansas Department of Revenue Webpage (redacted) |

Submitted by:

s/ Edward L. Keeley
Edward L. Keeley, #09771
Jennifer M. Hill, #21213
M<small>C</small>D<small>ONALD</small> T<small>INKER</small> PA
300 W. Douglas, Suite 500
Wichita, KS 67202
Phone:  316-263-5851
Fax:     316-263-4677
ekeeley@mcdonaldtinker.com
jhill@mcdonaldtinker.com
*Attorneys for City Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of May, 2024, I electronically filed the foregoing **INDEX OF EXHIBITS WITH REDACTIONS TO MEMORANDUM IN SUPPORT OF MOTION TO DISMISS BY DEFENDANTS GIDEON CODY, DAVID MAYFIELD, ZACH HUDLIN AND CITY OF MARION** with the Clerk of the Court by using the CM/ECF System, which will send a notice of electronic filing to all parties.

s/ Edward L. Keeley
Edward L. Keeley, #09771