



Sent from my iPhone