**Requester's Information**

First Name: KARI

Last Name: NEWELL

Address:

Note: Please note the address information should match your residential address as it appears on your Driver's license or identification card, provided you have updated your address with our office.

City:

State: KS

Zip:

Phone (XXXXXXXXXX):

Driver's License Number: [redacted]

☐ I will use the information requested in a manner that is specifically authorized by Kansas law and is related to the operation of a motor vehicle or public safety. (See section VI on the front of this form.)

Accept

DEFENDANT'S EXHIBIT
2