DEPEW GILLEN RATHBUN & MCINTEER LC
8301 E. 21st Street North, Suite 450
Wichita, KS 67206-2936
Telephone: (316) 262-4000
Randy@depewgillen.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| PHYLLIS J. ZORN, | ) |
| Plaintiff | ) |
| v. | ) Case No. 24-CV-2044-DDC-GEB |
| CITY OF MARION, KS, et al., | ) |
| Defendants | ) |

## UNOPPOSED MOTION FOR EXTENSION

COMES NOW the plaintiff Phyllis J. Zorn and respectfully requests that this Court grant an extension of time for seven (7) days for plaintiff to file her responses to the defendants' Gideon Cody Motion to Dismiss (Doc. 60) and City of Marion, KS, David Mayfield and Zach Hudlin Motion to Dismiss (Doc. 57). In support of her motion, plaintiff states:

1. Defendants filed their Motions to Dismiss on May 17, 2024.

2. Plaintiff's current deadline to respond is June 7, 2024.

3. In the weeks since the motion was filed, Plaintiff's counsel spent days preparing for a jury trial that was to begin last week in Saline County but which was continued on the request of the opposing party the day before trial. With the

holiday, a hearing in state court and a long scheduled mediation this week. The plaintiff is concerned about filing a well researched and written timely response. The City defendants' motion raises a number of points which required an extra page order from this Court.

4. Consequently, the plaintiff requests an extension of seven (7) days, or until June 14, 2024, to respond to the Motions to Dismiss filed by Defendant Cody and Defendants City of Marion, KS, David Mayfield and Zach Hudlin.

5. Plaintiff has not requested any previous extensions.

6. Defendants' counsel has been contacted and does not oppose the requested extension.

WHEREFORE, for the reasons set forth above, plaintiff respectfully requests that she be granted an extension of time to respond to the defendants' Motions to Dismiss (Doc. 57 and 60) through and including June 14, 2024.

Respectfully submitted,

DEPEW GILLEN RATHBUN & MCINTEER LC

/s/Randall K. Rathbun
Randall K. Rathbun #09765
8301 E. 21st Street N., Suite 450
Wichita, KS 67206-2936
(316) 262-4000
Randy@depewgillen.com
*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of June, 2024, the above and foregoing **Unopposed Motion for Extension** was filed via CM/ECF and notice sent to:

Jeffrey M. Kuhlman
Watkins Calcara Chtd.
1321 Main Street, Suite 300
PO Drawer 1110
Great Bend, KS 67530
*Attorneys for Defendants Soyez, Christner, Marion Board*

Edward Keeley
Jennifer Hill
McDonald Tinker PA
300 West Douglas, Suite 500
PO Box 207
Wichita, KS 67202
*Attorneys for Defendants Cody, City of Marion, et al*

/s/Randall K. Rathbun
Randall K. Rathbun #09765