## THE UNITED STATE DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| PHYLLIS J. ZORN<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF MARION, et al.,<br><br>    Defendants. | Case No. 2:24-CV-02044-DDC-TJJ |

**DEFENDANTS JEFF SOYEZ, AARON CHRISTNER AND THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF MARION'S RESPONSE TO PLAINTIFFS' RESPONSE TO SHOW CAUSE ORDER REGARDING CONSOLIDATION**

COME NOW, the Defendants Jeff Soyez, Aaron Christner, and the Marion County Board of County Commissioners ("the Sheriff Defendants"), by and through Jeffrey M. Kuhlman of the law firm of Watkins Calcara, Chtd., their attorney, and submit this reply to both the Court's Notice and Order to Show Cause (Doc. 55) and Plaintiff's response to the same (Doc 56). In support of this reply, the Sheriff Defendants state as follows:

The Sheriff Defendants agree that consolidation of the instant case with *Gruver v. Cody, et al.*, 23-1179-DDC-GEB, *Bentz v. Cody, et al.*, 24-2120-DDC-GEB, *Meyer, et al. v. Cody, et al.*, 24-2122-DDC-GEB, and *Herbel v. Cody, et al.*, 24-2224-HLT-TJJ, for purposes of discovery is appropriate and have no objection to the same. As set forth in their brief filed in *Meyer, et al. v. Cody, et al.*, 24-2122-DDC-GEB,[1] the Sheriff Defendants request that discovery be stayed in all cases pending the dispositive motions they have filed and will file in the various cases.

---

[1] Doc. 38.

Respectfully submitted,

WATKINS CALCARA, CHTD.

/s/     JEFFREY M. KUHLMAN
   Jeffrey M. Kuhlman, #26865
   1321 Main Street - Suite 300
   P.O. Drawer 1110
   Great Bend, Kansas  67530
   (620) 792-8231   Fax (620) 792-2775
   jkuhlman@wcrf.com
   Attorney for Defendants Jeff Soyez, Aaron Christner, and the Board of County Commissioners of Marion County.

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of June, 2024, I electronically filed the above and foregoing Response by using the CM/ECF system which will send a notice of electronic filing to registered counsel.

/s/     JEFFREY M. KUHLMAN
   Jeffrey M. Kuhlman, #26865