DEPEW GILLEN RATHBUN & MCINTEER LC
8301 E. 21st Street North, Suite 450
Wichita, KS 67206-2936
Telephone: (316) 262-4000
Randy@depewgillen.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| PHYLLIS J. ZORN ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | |
| ) Case No. 24-CV-2044-DDC-GEB | |
| CITY OF MARION+-, KS, et al., ) | |
| ) | |
| Defendants ) | |
| _____ ) | |

## UNOPPOSED MOTION FOR EXTENSION OF TIME
## TO FILE RESPONSE AND FOR LEAVE TO FILE EXCESS PAGES

COMES NOW the plaintiff Phyllis J. Zorn and respectfully requests that this Court grant an extension of time for two business days (four calendar days) for plaintiff to file her responses to the defendant Gideon Cody's Motion to Dismiss (Doc. 60) and for leave to file an additional five (5) pages in her response.

1. Defendant Cody filed his Motion to Dismiss on May 17, 2024.

2. Plaintiff's current deadline to respond is June 14, 2024.

3. Plaintiff is in the process of responding to three Motions to Dismiss filed in this case. Her response to the County defendants' Motion to Dismiss (Doc. 53), which was filed on May 14, 2024, is due tomorrow. She also is in the process

of responding to Defendant Cody's Motion to Dismiss (Doc. 60) and a third Motion to Dismiss (Doc. 57) filed by the City defendants which is also currently due on June 14, 2024.

4. Consequently, the plaintiff requests an extension of two business days (four calendar days), or until June 18, 2024, to respond to Defendant Cody's Motion to Dismiss.

5. Plaintiff has requested one previous extension.

6. Plaintiff would also request leave to file an additional five pages in her response if needed to fully brief the issues contained in Defendant Cody's 30 page Memorandum. Plaintiff has not previously requested additional pages.

6. Defendant Cody's counsel has been contacted and does not oppose the requested extension or the request for leave to file additional pages.

WHEREFORE, for the reasons set forth above, plaintiff respectfully requests that she be granted an extension of time to respond to Defendant Cody's Motion to Dismiss (Doc. 60) through and including June 18, 2024 and for leave to file five additional pages in her response.

                        Respectfully submitted,

                        DEPEW GILLEN RATHBUN & MCINTEER LC

                        /s/Randall K. Rathbun
                        Randall K. Rathbun #09765
                        8301 E. 21st Street N., Suite 450
                        Wichita, KS 67206-2936
                        (316) 262-4000
                        Randy@depewgillen.com
                        *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of June, 2024, the above and foregoing **Unopposed Motion for Extension of Time to File Response and For Leave to File Excess Pages** was filed via CM/ECF and notice sent to:

Jeffrey M. Kuhlman
Watkins Calcara Chtd.
1321 Main Street, Suite 300
PO Drawer 1110
Great Bend, KS 67530
*Attorneys for Defendants Soyez, Christner, Marion Board*

Edward Keeley
Jennifer Hill
McDonald Tinker PA
300 West Douglas, Suite 500
PO Box 207
Wichita, KS 67202
*Attorneys for Defendants Cody, City of Marion, et al*

/s/Randall K. Rathbun
Randall K. Rathbun #09765