## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| PHYLLIS J. ZORN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No. 2:24-cv-2044-DDC-TJJ |
| | ) |
| CITY OF MARION, KS; DAVID MAYFIELD, | ) |
| individually and in his official capacity; | ) |
| GIDEON CODY, individually and in his official | ) |
| capacity; ZACHARIAH "ZACH" HUDLIN, | ) |
| in his individual capacity; THE BOARD OF | ) |
| COUNTY COMMISSION OF MARION | ) |
| COUNTY, KS; SHERIFF JEFF SOYEZ, | ) |
| individually and in his official capacity; AARON | ) |
| CHRISTNER, in his individual capacity. | ) |
| | ) |
| Defendants. | ) |

### UNOPPOSED MOTION FOR EXTENSION FOR DEFENDANTS CODY, MAYFIELD, HUDLIN AND CITY OF MARION, KS TO FILE THEIR REPLY TO PLAINTIFF'S RESPONSE TO MOTIONS TO DISMISS AND FOR LEAVE TO FILE EXCESS PAGES

COME NOW Defendants Gideon Cody (Cody), David Mayfield (Mayfield), Zachariah "Zach" Hudlin (Hudlin), and the City of Marion, Kansas (the City), by and through their counsel, Jennifer M. Hill and Edward L Keeley of McDonald Tinker PA, and respectfully move the Court for an order granting Defendants until and including July 12, 2024, in which to file their Replies to Plaintiffs' Responses (ECF 78 and 80) to their Motions to Dismiss (ECF 58 and 61). The Replies are due June 28, 2024 and July 2, 2024. Further Defendant Cody requests the Court's permission to file a Reply brief that is 8 pages in length. Plaintiff's Response to Cody's Motion to Dismiss (ECF 80) is 21 pages in length and will require additional analysis by Defendant Cody. In support of this motion these Defendants state as follows:

1.    Plaintiff filed an Amended Complaint on April 8, 2024. Defendants Cody, Mayfield, Hudlin and City of Marion, Kansas filed Motions to Dismiss on May 17, 2024. Plaintiff Zorn

responded to Defendants City, Mayfield and Hudlin's Motion to Dismiss on June 14, 2024.

Plaintiff Zorn responded to Defendants Cody's Motion to Dismiss on June 18, 2024.

2.     The reason for this requested extension is that counsel for Defendants have multiple

issues with their current schedule, personally and professionally. Mr. Keeley was out of the office

for a short time on a medical matter. Ms. Hill is taking a family vacation from July 1-5. In addition,

counsel for Defendants are also working extensively on various other legal matters including

completion of all discovery and preparation for the Pretrial Conference in *Compton Construction*

*v. The City of Haven, Kansas, et al*, Reno County District Court, Case No. 20-CV-54; negotiations

related to a corporate client's extensive commercial leasing transaction; and dispositive motion

briefing in *The McClatchy Company LLC v. The City of Wichita, Kansas*, Sedgwick County

District Court, Case No. SG-2023-CV-300169.

3.     Counsel is also representing these same Defendants in four companion cases filed in

this Court: *Gruver v. Cody*, U.S. District Court for the District of Kansas, Case No. 6:23-cv-1179-

DDC-GEB, *Meyer, et. al. v. Cody, et. al.,* U.S. District Court for the District of Kansas, Case No.

2:24-cv-2122-DDC-ADM, *Bentz v. Cody, et. al.,* U.S. District Court for the District of Kansas,

Case No. 2:24-cv-2120-DDC-GEB and *Herbel v. Cody*, *et. al.* U.S. District Court for the District

of Kansas, Case No. 6:24-cv-2224-HLT-GEB.

4.     Defendants have consulted with counsel for the Plaintiff who does not oppose the

requested extension.

5.     The current date to file Replies to Plaintiff's Response, in compliance with the rules, is

June 28, 2024 and July 2, 2024.

6.     This is the request for extension of time on this deadline and the request is supported

by good cause.

7.    This request for extension is made in good faith and not for purpose of delay.

8.    Defendant Cody also requests that he be allowed to file a brief in Reply to the Plaintiff's response that is 8 pages in length.

9.    Pursuant to Local Rule 7.1, Defendants' Reply brief on their Motions cannot exceed 5 pages.

10.    Defendant Cody's Rule 12 Motion to Dismiss required excess pages to adequately outline and analyze Plaintiff's complicated case. (ECF 61) Plaintiff similar sought and received additional pages to respond to Cody's Motion to Dismiss. (ECF 80)

11.    Due to the complex nature of the legal issues involved, Defendant Cody requests three additional pages to fully outline his arguments for the Court's consideration.

12.    Defendants' counsel has conferred with Plaintiff's counsel who has no objection to this request for page extension.

13.    Defendant Cody seeks this extension of the page limitation to ensure adequate briefing and to efficiently argue the merits of his dispositive Motion.

14.    The requested page extension is not for any inappropriate purpose other than to appropriately outline and argue the legal theories for the Court's analysis and resolution.

WHEREFORE, by reason of the above and foregoing, Defendants Cody, Mayfield, Hudlin and the City of Marion, Kansas, respectfully request an extension of time until and including July 12, 2024 for these Defendants to file their Replies to Plaintiff's Responses to their Motions to Dismiss in this case. In addition, Defendant Cody respectfully requests leave of Court to file a Reply that is 8 pages in length.

Respectfully submitted,

s/ Jennifer M. Hill
Jennifer M. Hill, #21213

3

Edward L. Keeley, #09771
McDONALD TINKER PA
300 West Douglas, Suite 500
Wichita, KS 67202
 T: (316) 263-5851
 F: (316) 263-4677
 E: jhill@mcdonaldtinker.com
    ekeeley@mcdonaldtinker.com
*Attorneys for Defendants Cody, Mayfield,*
*Hudlin and City of Marion, Kansas*

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of June, 2024, I presented the foregoing **Unopposed**

**Motion for Extension** to the Clerk of the Court for filing and uploading to the CM/ECF system

which will send a notice of electronic filing to the following:

Randall K. Rathbun
Depew Gillen Rathbun & McInteer, LC
8301 East 21st Street North, Suite 450
Wichita, KS 67206
*Attorneys for Plaintiff*

Jeffrey M. Kuhlmann
Watkins Calcara Chtd
1321 Main Street, Ste 300
PO Drawer 1110
Great Bend, KS 67530
*Attorneys for Defendants Board of County*
*Commissioners of Marion County, Kansas,*
*Sheriff Jeff Soyez, and Aaron Christner*

s/ Jennifer M. Hill
Jennifer M. Hill

4