UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| DEBBIE K. GRUVER,<br><br>     Plaintiff,<br><br>v.<br><br>JOEL ENSEY, AND<br>JEFF SOYEZ,<br><br>     Defendants. | Case No. 23-1179-DDC-GEB |
| PHYLLIS J. ZORN,<br><br>     Plaintiff,<br><br>v.<br><br>CITY OF MARION, KANSAS,<br>DAVID MAYFIELD,<br>GIDEON CODY,<br>ZACHARIAH HUDLIN,<br>BOARD OF COUNTY COMMISSION OF<br>MARION COUNTY, KANSAS,<br>JEFF SOYEZ, AND<br>AARON CHRISTNER,<br><br>     Defendants. | Case No. 24-2044-DDC-GEB |
| CHERI BENTZ,<br><br>     Plaintiff,<br><br>v.<br><br>CITY OF MARION, KANSAS,<br>DAVID MAYFIELD,<br>GIDEON CODY,<br>ZACH HUDLIN,<br>JEFF SOYEZ,<br>AARON CHRISTNER, AND<br>BOARD OF COUNTY COMMISSION OF<br>MARION COUNTY, KANSAS, | Case No. 24-2120-DDC-GEB |

1

Defendants.

---

ERIC MEYER, AND
THE HOCH PUBLISHING CO., INC.,

     Plaintiffs,

v.

CITY OF MARION, KANSAS,
DAVID MAYFIELD,
GIDEON CODY,
ZACH HUDLIN,
MARION COUNTY, KANSAS
BOARD OF COMMISSIONERS,
JEFF SOYEZ, AND
AARON CHRISTNER,


     Defendants.

Case No. 24-2122-DDC-GEB

---

RUTH C. HERBEL, AND
RONALD D. HERBEL,

     Plaintiffs,

v.

CITY OF MARION, KANSAS,
DAVID MAYFIELD,
GIDEON CODY,
ZACH HUDLIN,
JEFF SOYEZ,
AARON CHRISTNER, AND
MARION COUNTY BOARD OF COUNTY
COMMISSIONERS,

     Defendants.

Case No. 24-2224-HLT-GEB

---

## SUPPLEMENTAL ORDER OF CONSOLIDATION

On June 18, 2024, the Court issued a Notice and Order to Show Cause why this

matter should not be consolidated with Case Nos. 23-1179 *Debbie K. Gruver v. Gideon*

*Cody*; 24-2044 *Phyllis J. Zorn v. City of Marion, Kansas, et al.*; 24-2120 *Cheri Bentz v. City of Marion, Kansas, et al.*; and 24-2122 *Eric Meyer, individually, and as the executor of the Estate of Joan Meyer, et al. v. City of Marion, Kansas, et al.* previously consolidated (Order Consolidating Case, ECF No. 36) for all pretrial proceedings to promote judicial economy. Upon review of the response and replies to the Court's Order to Show Cause, having heard the argument of counsel, and there being no objection to the cases being consolidated for discovery, the Court is prepared to rule.

After consideration of the parties' positions, the Court finds as follows:

Pursuant to Fed. R. Civ. P. 42(a), when matters before the Court involve a common question of law or fact the Court may: 1) join for hearing or trial any or all matters at issue in the actions; 2) consolidate the actions; or 3) issue any other orders to avoid unnecessary cost or delay. Because all the above-captioned matters share common issues of fact and law, they shall be consolidated for the purpose of conducting meaningful discovery.

**IT IS THEREFORE ORDERED** pursuant to Fed. R. Civ. P. 42(a)(2) Case No. No. 24-2224 *Ruth C. Herbel, et al. v. City of Marion, Kansas* shall be consolidated into 23-1179 *Debbie K. Gruver v. Gideon Cody*; 24-2044 *Phyllis J. Zorn v. City of Marion, Kansas, et al.*; 24-2120 *Cheri Bentz v. City of Marion, Kansas, et al.*; and 24-2122 *Eric Meyer, individually, and as the executor of the Estate of Joan Meyer, et al. v. City of Marion, Kansas, et al.* previously consolidated (Order Consolidating Case, ECF No. 36) for discovery purposes only.

**IT IS FURTHER ORDERED** the lowest-numbered case, No. 23-1179 *Debbie K. Gruver v. Gideon Cody*, shall remain as the lead case. This matter, No. 24-2224 *Ruth C.*

3

*Herbel, et al. v. City of Marion, Kansas,* shall join the other cases as a member case. Until further order, all future filings in the consolidated action which are non-dispositive in nature and not applicable solely to an individual case shall be made <u>only</u> in the lead case, No. 23-1179 *Debbie K. Gruver v. Gideon Cody*; however, all such non-dispositive future filings shall be captioned as set forth in this Order.

**IT IS SO ORDERED.**

Dated this 1st day of August 2024 in Wichita, Kansas.


<u>s/ Gwynne E. Birzer</u>
GWYNNE E. BIRZER
U.S. Magistrate Judge