IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| PHYLLIS J. ZORN, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) ) Case #: 2:24-cv-02044-DDC-GEB |
| CITY OF MARION, KS, et al | ) ) ) |
| Defendants. | ) ) |

**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANTS SOYEZ AND CHRISTNER**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Phyllis J. Zorn hereby dismisses this action with prejudice pursuant to this Stipulation of Dismissal with Prejudice for her claims against Defendants Aaron Christner and Jeff Soyez and stipulates that this action is dismissed with prejudice as to all claims, causes or action, pursuant to the settlement agreements entered into by Phyllis Zorn, Aaron Christner, and Jeff Soyez. This stipulation does not affect Plaintiff's claims against Defendants Mayfield, Cody, or Hudlin.

Respectfully submitted this 11th day of November, 2025.

Respectfully submitted,

| | |
|---|---|
| s/ Randall K. Rathbun | s/ Jeffrey M. Kuhlman |
| Randall K. Rathbun, #09765 | Jeffrey M. Kuhlman, #26865 |
| DEPEW GILLEN RATHBUN | WATKINS CALCARA, CHTD. |
| & MCINTEER, LC | 1321 Main Street - Suite 300 |
| 8301 E, 21st Street North, Suite 450 | P.O. Drawer 1110 |
| Wichita, KS 67206-2936 | Great Bend, Kansas 67530 |
| 316 262 4000; Randy@depewgillen.com | (620) 792-8231 |
| *Attorneys for Phyllis Zorn* | *Attorney for Defendants Christner and Soyez* |