# UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

| | |
|---|---|
| DEBBIE K. GRUVER, <br><br> Plaintiff, <br><br> v. <br><br> JOEL ENSEY, AND JEFF SOYEZ, <br><br> Defendants. | Case No. 23-1179-DDC-GEB <br> (Lead Case-Closed) |
| PHYLLIS J. ZORN, <br><br> Plaintiff, <br> v. <br><br><br> DAVID MAYFIELD, <br> GIDEON CODY, and <br> ZACHARIAH HUDLIN, <br><br> Defendants. | Case No. 24-2044-DDC-GEB |
| ERIC MEYER, AND <br> THE HOCH PUBLISHING CO., INC., <br><br> Plaintiffs, <br> v. <br> CITY OF MARION, KANSAS, <br> DAVID MAYFIELD, <br> GIDEON CODY, and <br> ZACH HUDLIN, <br><br> Defendants. | Case No. 24-2122-DDC-GEB |
| RUTH C. HERBEL, AND <br> RONALD D. HERBEL, <br><br> Plaintiffs, <br> v. <br> CITY OF MARION, KANSAS, <br> GIDEON CODY, AND <br> ZACH HUDLIN, | Case No. 24-2224-HLT-GEB |

# A D R   R E P O R T

2/14

**TYPE OF ADR:**          **Mediation**    ☒     **Other:**_____ ☐

**Name of Mediator or other Neutral:**

    **Daniel B. Giroux**

**ADR Session Held (date):  July 23, 2026**

**Additional Session(s) Held, if any (date):**

**Results of Referral to ADR:**

☐ Case settled **before** ADR          ☐ Case did **not** settle

    ☒ Case settled **at** ADR session          ☐ Case settled in part

**Mediation Fees** (answer only if private mediator used): Did
neutral serve pro bono?  Yes ☐          ☐  or No ☒

Did neutral serve for a reduced fee?  Yes          ☐  or No ☒

    **Status of litigation when ADR occurred**–please check one:

TRO ☐          pre-discovery ☐     partial discovery ☒          ☐          discovery complete ☐

pending dispositive   motion ☐          After dispositive motion ruling          ☐          other ☐_____

**Length of ADR session**:     5 hours

Dated:   July 29, 2026

/s/Jennifer M. Hill
Jennifer M. Hill, #21213
Edward L. Keeley,#09771
Scott M. Ufford, #27524
*Attorneys for Defendants*
McDONALD TINKER PA
300 West Douglas, Suite 500
Wichita, KS 67202
Telephone:     (316) 263-5851

**(ATTENTION: This form is to be FILED by defense counsel within fourteen days of the conclusion or cancellation of the ADR session.  This form must be completed and returned even if the ADR session was not held. Additional forms may be retrieved from the Court's website at https://ksd.uscourts.gov/attorney-forms).**

**THIS FORM IS <u>FILED</u>**
No information other than that specifically requested should be included on this form.

2/14