**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

PHYLLIS J. ZORN,                                    )
                          Plaintiff,                )
                                                    )
v.                                                  )          Case No: 2:24-cv-2044-DDC-GEB
                                                    )
DAVID MAYFIELD, individually and in his            )
official capacity; GIDEON CODY, individually       )
and in his official capacity; and ZACH HUDLIN,     )
in his individual capacity;                        )
                          Defendants.               )
_____            )

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Phyllis

Zorn hereby dismisses this action with prejudice pursuant to this Stipulation of Dismissal with

Prejudice for her claims against Defendants David Mayfield, Gideon Cody, and Zach Hudlin, and

stipulates that this action is dismissed with prejudice as to all claims, causes or action, pursuant to

the settlement agreements entered into by Phyllis Zorn, David Mayfield, Gideon Cody, Zach

Hudlin, and the City of Marion, Kansas.

Respectfully submitted this 4th day of August, 2026.

Respectfully submitted,

s/ Randall K. Rathbun
Randall K. Rathbun, #09765
DEPEW GILLEN RATHBUN
& MCINTEER, LC
8301 E, 21st Street North, Suite 450
Wichita, KS 67206-2936
316 262 4000; Randy@depewgillen.com
*Attorneys for Plaintiff Zorn*

s/ Jennifer M. Hill
Jennifer M. Hill, #21213
Edward L. Keeley, #09771
Scott M. Ufford, #27524
McDONALD TINKER PA

300 West Douglas, Suite 500
Wichita, KS 67202
T: (316) 263-5851
F: (316) 263-4677
E: jhill@mcdonaldtinker.com
    ekeeley@mcdonaldtinker.com
    sufford@mcdonaldtinker.com
*Attorneys for Defendants*